IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCUS IVEY,

    Petitioner,

v.                                 Case No.  4:13cv384-MW/CAS

JULIE L. JONES,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation. ECF No.19.  Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 18, is **GRANTED**.  Petitioner's § 2254 petition for writ of habeas corpus, ECF No. 1, as amended, ECF No. 13, is **DISMISSED as untimely**.  A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is **DENIED**."

The Clerk shall close the file.

**SO ORDERED on February 26, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
